UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:                                )
Robert J. Berube                      )          Chapter 13
Dawna L. Berube                       )          Case No.:  10-43824-HJB
                 Debtor               )
                                      )

## DECLARATION RE: ELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

We, Robert J. Berube and Dawna L. Derube, *hereby declare under penalty of perjury* that all of the information contained in our Amended Schedule I, amended Schedule J and Amended Chapter 13 plan (singly or jointly the "Document"), filed electronically, is true and correct.  We understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  We understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.


Dated:  November 15, 2010         /s/ Robert J. Berube_____
                                  Robert J. Berube


Dated:   November 15, 2010        /s/ Dawna L. Berube _____
                                  Dawna L. Berube

PART II – DECLARATION OF ATTORNEY

I certify that the debtor(s) signed this form before I submitted the Document, I gave the debtor(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: November 15, 2010       /s/ Jeffrey A. Kitaeff, Esq._____
                               Jeffrey A. Kitaeff, Esq.
                               JEFFREY A. KITAEFF, ESQ., P.C.
                               565 Turnpike Street, Suite 65
                               North Andover, MA   01845
                               Telephone:  (978) 687-1818
                               Email:  attorneykitaeff@aol.com
                               BBO#: 274300