**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Robert J. Berube and Dawna L. Berube<br>            Debtor, | Chapter: 13<br>Case No: 10–43824<br>Judge Henry J. Boroff |

## ORDER
## REGARDING DEFICIENT FILING

Your recent filing of **Motion to Amend Schedules and Amended ch.13 Plan** on **NOVEMBER 24, 2011** with the Court was deficient and/or defective as noted below:

☑    Service (Missing or Insufficient) **incorrect and insufficient**

☐    Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐    Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐    Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐    Reaffirmation Agreement Cover Sheet.

☐    Real Estate Worksheet.

☐    Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐    Other

You are hereby **ORDERED** to file the above required documents(s) on or before **MARCH 11, 2011** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

⦿ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date: 2/25/11

By the Court,

<u>Yingmay Steele</u>
Deputy Clerk
413–785–6907

34 – 24